Annie Epstein, Appellant, v. Rebecca Werbelovsky and Others, Respondents. Howard Werbelovsky and Tessie Werbelovsky, Infants, Appel-

lants.— Judgment and order affirmed, with costs, payable by the plaintiff, appellant, to the respondents Werbelovsky. No opinion. Jenks, P. J., Burr, Carr, Rich and Putnam, JJ., concurred.